# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MINNESOTA

In re: Watkins , Gregory and Linda
Debtor(s)

Case No. 24-40063
Chapter 13 Case

NOTICE OF HEARING AND MOTION TO CONFIRM MODIFIED CHAPTER 13 PLAN

To: Gregory Burrell, the U.S. Trustee, and other entities specified in Local Rule 1007-2(a):

1. The debtor(s) have filed a Postconfirmation modified plan and it will be considered at the confirmation hearing in this case set forth below.

2. The court will hold a hearing on this motion at 11:00AM on 2026-08-20 in Courtroom 8 West located at 300 South 4th Street, Minneapolis, MN, 55415 or remotely before the honorable Katherine A. Constantine.

3. Any objection to this plan must be filed and served on or before 2026-08-13. Unless a response opposing the motion is timely field, the court may grant the motion without a hearing.

4. This court has jurisdiction over this motion pursuant to 28 U.S.C §§ 157, 1334 and Bankruptcy Rule 5005 and Local Rule 1070-1. This proceeding is a core proceeding. This motion arises under 11 U.S.C. § 1329 and Bankruptcy Rule 3020. This motion is field under Bankruptcy Rule 9014 and Local Rules 9006-1 and 9013. Movant requests the confirmation of this modified plan.

5. The movant seeks to modify this plan as Linda is now retired and receiving pension and social security. They are also surrendering the 2013 BMW to Credit Acceptance..

WHEREFORE, the Debtor(s) respectfully request(s) the Court to confirm the modified plan.

Dated: 07/01/2026.

/s/ Andrew C. Walker
Andrew C. Walker #392525
Walker and Walker Law Offices, PLLC
Attorney for debtor(s)
4356 Nicollet Ave
Minneapolis, MN 55409
(612) 824-4357

Local Form 1009-1 (05/18)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:** Watkins, Gregory Lamar **Case No.:** 24-40063

Watkins, Linda Marie

Debtor(s).

**SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION, LISTS, SCHEDULES AND STATEMENTS**

1. Attached to this form are the following amended documents:

- ☐ Petition
- ☐ Schedule A/B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☑ Schedule I
- ☑ Schedule J
- ☐ Schedule J-2
- ☑ Summary of assets and liabilities and certain statistical information (note that this Summary MUST BE submitted with any amended schedule)
- ☐ Statement of financial affairs
- ☐ Statement of intention
- ☐ Statement of current monthly income/means test calculation
- ☐ Other (specify):

2. For each amended document attached, clearly identify all changes (additions and deletions) to the amended document when compared with the original or most recent amendment:

Amended Schedule I to reflect Linda's retirement income.
Amended Schedule J to reflect a reduction of expenses due to lack of income.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Gregory | Lamar | Watkins |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Linda | Marie | Watkins |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Minnesota**

Case number (if known) **24-40063**

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | Property Management | N/A |
| **Employer's name** | MATCOM Property Management Inc. | |
| **Employer's address** | 2200 Johnson St NE<br>Number Street<br><br>City State ZIP Code | Number Street<br><br>City State ZIP Code |
| **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $5,347.00 | $0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. + | $0.00 | + $0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $5,347.00 | $0.00 |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Gregory | Lamar | Watkins |
| Debtor 2 | Linda | Marie | Watkins |

Case number *(if known)* 24-40063

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse | |
|---|---|---|---|---|---|
| | **Copy line 4 here** ➔ | 4. | $5,347.00 | $0.00 | |
| 5. | **List all payroll deductions:** | | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $880.00 | $0.00 | |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 | |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $477.00 | $0.00 | |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 | |
| 5e. | **Insurance** | 5e. | $390.00 | $0.00 | |
| 5f. | **Domestic support obligations** | 5f. | $0.00 | $0.00 | |
| 5g. | **Union dues** | 5g. | $0.00 | $0.00 | |
| 5h. | **Other deductions.** Specify: ______ | 5h. + | $0.00 | + $0.00 | |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $1,747.00 | $0.00 | |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $3,600.00 | $0.00 | |
| 8. | **List all other income regularly received:** | | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 | |
| 8b. | **Interest and dividends** | 8b. | $0.00 | $0.00 | |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 | |
| 8d. | **Unemployment compensation** | 8d. | $0.00 | $0.00 | |
| 8e. | **Social Security** | 8e. | $0.00 | $1,051.00 | |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: ______ | 8f. | $0.00 | $0.00 | |
| 8g. | **Pension or retirement income** | 8g. | $0.00 | $203.00 | |
| 8h. | **Other monthly income.** Specify: ______ | 8h. + | $0.00 | + $0.00 | |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $1,254.00 | |
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $3,600.00 | + $1,254.00 | = $4,854.00 |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Gregory** | **Lamar** | **Watkins** |
| Debtor 2 | **Linda** | **Marie** | **Watkins** |

Case number *(if known)* **24-40063**

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: ____________________ 11. + **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies 12. **$4,854.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

❑ Yes. Explain:

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Gregory | Lamar | Watkins |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Linda | Marie | Watkins |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Minnesota

Case number (if known) 24-40063

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

# Official Form 106J

## Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

   ☑ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?** Do not list Debtor 1 and Debtor 2. Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 33 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $2,079.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $200.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Gregory** | **Lamar** | **Watkins** |
| Debtor 2 | **Linda** | **Marie** | **Watkins** |

Case number *(if known)* **24-40063**

| | | | **Your expenses** |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$0.00** |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$360.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$98.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$124.00** |
| | 6d. Other. Specify: | 6d. | **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$488.00** |
| 8. | **Childcare and children's education costs** | 8. | **$0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$50.00** |
| 10. | **Personal care products and services** | 10. | **$30.00** |
| 11. | **Medical and dental expenses** | 11. | **$100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$300.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$0.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$0.00** |
| | 15b. Health insurance | 15b. | **$0.00** |
| | 15c. Vehicle insurance | 15c. | **$147.00** |
| | 15d. Other insurance. Specify: | 15d. | **$0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | **$0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | **$0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | **$0.00** |
| | 17c. Other. Specify: **Post petition vehicle** | 17c. | **$478.00** |
| | 17d. Other. Specify: | 17d. | **$0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | **$0.00** |
| | 20b. Real estate taxes | 20b. | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Gregory** | **Lamar** | **Watkins** |
| Debtor 2 | **Linda** | **Marie** | **Watkins** |

Case number *(if known)* **24-40063**

| | | | |
|---|---|---|---|
| 21. | **Other.** Specify: **Pet expenses** | 21. | + **$100.00** |
| 22. | **Calculate your monthly expenses.** | | |
| | 22a. Add lines 4 through 21. | 22a. | **$4,554.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | **$0.00** |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$4,554.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 (your combined monthly income) from *Schedule I*. | 23a. | **$4,854.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | – **$4,554.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | **$300.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

- ☐ No.
- ☑ Yes.

Debtors' daughter suffers from mental health issues and is unable to work, lives with debtors and they support her.
Debtor 2 has been on short term disability, but will be returning back to work.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Gregory | Lamar | Watkins |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Linda | Marie | Watkins |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Minnesota

Case number (if known) 24-40063

☑ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

## Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $314,200.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $43,975.09 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $358,175.09 |

## Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $221,375.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $27,219.72 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $107,951.00 |
| **Your total liabilities** | $356,545.72 |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* | $4,854.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* | $4,554.00 |

| Debtor 1 | Gregory | Lamar | Watkins |
|---|---|---|---|
| Debtor 2 | Linda | Marie | Watkins |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **24-40063**

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ☑ Yes

7. **What kind of debt do you have?**
   - ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income***: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. **$7,100.03**

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| **From Part 4 on Schedule E/F, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$22,731.72** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + **$0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$22,731.72** |

MATCOM Property Management, Inc.
2200 Johnson Street NE

Gregory L Watkins
12012 Unity St NW
Coon Rapids, MN 55448-2264

Direct Deposit

**Employee Pay Stub** Check number: DD4342 Pay Period: 05/30/2026 - 06/12/2026 Pay Date: 06/18/2026

**Employee**

Greg L Watkins, 12012 Unity St NW, Coon Rapids, MN 55448-2264

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Vacation Hourly Rate - Maint. | 24.00 | 30.00 | 720.00 | 4,020.00 |
| Hourly Rate - Maintenance | 56.00 | 30.00 | 1,680.00 | 25,447.50 |
| Overtime Hourly Rate - Maint. | 1.50 | 45.00 | 67.50 | 652.50 |
| Holiday Pay | | | | 960.00 |
| | 81.50 | | 2,467.50 | 31,080.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple IRA Emp - American Funds | -220.00 | -2,860.00 |
| 125 - Emp Health Ins (Pre-tax) | -40.00 | -520.00 |
| 125 - Emp Dental Ins (Pre-tax) | -5.00 | -65.00 |
| 125-Family Dental Ins (Pre-tax) | -10.00 | -130.00 |
| 125-Family Health Ins (Pre-tax) | -124.52 | -373.56 |
| | -399.52 | -3,948.56 |

| Taxes | Current | YTD Amount |
|---|---|---|
| MN - Paid Leave Emp. | -10.86 | -136.75 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -140.00 | -1,850.00 |
| Social Security Employee | -141.86 | -1,859.47 |
| Medicare Employee | -33.18 | -434.88 |
| MN - Withholding | -80.00 | -1,060.00 |
| | -405.90 | -5,341.10 |

| **Net Pay** | **1,662.08** | **21,790.34** |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking - ******2381 | 1,662.08 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0.00 | | 32.00 |
| YTD | | 134.00 | |

| Taxable Company Items | Current | YTD Amount |
|---|---|---|
| Simple IRA Co - American Funds | 74.03 | 932.43 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Qualified OT Tracking | 22.50 | 93.75 |

**Memo**

Direct Deposit

*0101BEV51GGWU7K* CCM.M72.BEV51.R260630

Social Security Administration
# Benefit Verification Letter

Date: June 30, 2026
BNC#: [redacted]572
REF: A, DI

LINDA MARIE WATKINS
12012 UNITY ST NW
COON RAPIDS MN 55448-2264

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning February 2026, the full monthly Social Security benefit before any deductions is $1,254.20.

We deduct $202.90 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,051.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

We found that you became disabled under our rules on September 26, 2023.

**Information About Past Social Security Benefits**

From December 2025 to January 2026, the full monthly Social Security benefit before any deductions was $1,254.20.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,254.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

See Next Page

MSRS Minnesota State Retirement System
MNDCP Minnesota Deferred Compensation Plan
HCSP Health Care Savings Plan

Your Foundation for Retirement

June 30, 2026

LINDA WATKINS
12012 UNITY ST NW
COON RAPIDS MN 55448

**RE: MSRS Pension Benefit – Verification of Income**

Dear Linda Watkins:

This is in response to your request for verification of the income you receive from the Minnesota State Retirement System (MSRS) pension plan.

| | |
|---|---|
| Name: | Linda Watkins |
| Type of Plan: | Pension / Retirement |
| Gross monthly payment as of 07/01/2026: | $203.34 |
| Projected annual income for 2026: | $2,440.08 |
| Date of initial award: | 08/31/2024 |
| Effective date of current amount: | 01/01/2026 |

This is a lifetime benefit from MSRS. There is no cash surrender value and the value of this asset can only be determined actuarially.

If you have questions, please call our office at 651.284.7730 or 1.800.657.5757.

Sincerely,

Minnesota State Retirement System

# Subject: Your Carhop Information

**Kenneth** [redacted]
to LYNN135

Tue, Jun 30, 9:30 AM (1 c

Hello Linda,

In regard to your 2018 Hyundai Sonata, VIN# 5[redacted]544

Our company name: Carhop finance, UAC (Universal Acceptance Corporation), IAG (Interstate Auto Group)
Monthly Payments: $478 Monthly, on the 28th of each month
Length of contract: Beginning May 28, 2026, Last payment due on Feb 28, 2029

Make a payment

Sincerely,
Kenneth, CarHop Finance
[redacted]
10061 Hwy 65 N
Blaine, MN 55434

Locations

Reference ID [redacted]

This is an attempt to collect a debt and all information obtained will be used for that purpose.

This communication has privileged and confidential information for the exclusive use of the recipient named above received this email in error please delete this message and let us know by emailing info@carhop.com.

To stop receiving emails, click here.

5417 Lakeland Ave N Suite 100, Crystal, MN 55429

[redacted]

LOCAL FORM 3015-1
REVISED 09/2025

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Watkins, Gregory Lamar
Watkins, Linda Marie

Debtor.
*In a joint case, "debtor" means "debtors" in this plan.*

Case No. 24-40063
CHAPTER 13 PLAN ☑ Modified
Dated 07/01/2026

**Part 1. NOTICE OF NONSTANDARD PLAN PROVISIONS, SECURED CLAIM LIMITATIONS, AND LIEN OR SECURITY INTEREST AVOIDANCE: The debtor must check the appropriate boxes below to indicate whether the plan does or does not include each of the following items:**

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim based on a valuation of the collateral for the claim, set out in Parts 6 or 14 | ☑ Included | ☐ Not Included |
| 1.2 | Avoidance of a security interest or lien, set out in Part 14 | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 15 | ☑ Included | ☐ Not Included |

**Part 2. DEBTOR'S PAYMENTS TO TRUSTEE: The initial plan payment is due not later than 30 days after the order for relief, unless the court orders otherwise.**

2.1 As of the date of this plan, the debtor has paid the trustee **$26,000.00** (including balance on hand of **$300.00**).

2.2 After the date of this plan, the debtor will pay the trustee: **$6,300.00**.

| Plan payment | Start MM/YYYY | End MM/YYYY | # of payments | Total |
|---|---|---|---|---|
| $300.00 | 30 (07/2026) | 50 (03/2028) | 21 | $6,300.00 |
| | | | PART 2.2 SUBTOTAL: | **$6,300.00** |

2.3 The minimum plan length is ☑ 36 months or ☐ 60 months from the date of the initial plan payment unless all allowed unsecured claims are paid in a shorter time.

2.4 The debtor will also pay the trustee ______.

2.5 The debtor will pay the trustee a total of **$32,300.00** [lines 2.1 + 2.2 + 2.4].

2.6 If the debtor is required to file a tax return under applicable nonbankruptcy law, the debtor will file with appropriate tax authorities all returns and provide the trustee a copy of each filed return within 14 days of filing. The debtor will treat tax refunds as follows: **The debtor(s) shall be entitled to the first $1200 for an individual chapter 13 debtor and $2,000 for married chapter 13 debtors of each year's tax refunds. The balance shall be paid to the trustee as an additional plan payment. Any Earned Income Credit and Minnesota Working Family Credits shall be retained by the debtor(s). The debtors shall keep these credits in addition to the $1,200 or $2,000.**
.

**Part 3. PAYMENTS BY TRUSTEE AND TRUSTEE'S FEES:** Prior to confirmation of the plan, the trustee will pay from available funds payments designated as Adequate Protection ("Adq. Pro.") under Parts 6 and 7 to creditors with claims secured by personal property. All other funds will be disbursed by the trustee following confirmation of the plan as soon as is practicable. The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee is not required to retain funds for any claim for which a proof of claim has not been timely filed and may disburse those funds to other claimants. The trustee may collect a fee of up to 10% of plan payments, or **$3,230.00** [line 2.5 x 0.10]. If relief from the automatic stay is ordered as to any item of collateral listed in the plan, then, unless otherwise ordered by the court, all payments by the trustee as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.

LOCAL FORM 3015-1
REVISED 09/2025

**Part 4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES (§ 365):** The debtor assumes the following executory contracts or unexpired leases. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. Cure provisions, if any, are set forth in Part 5.

| | Creditor | Description of property |
|---|---|---|
| | **None** | |

**Part 5. MAINTENANCE OF PAYMENTS AND CURE OF DEFAULT, IF ANY (§ 1322(b)(5)):** The debtor will maintain the current contractual installment payments on the claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be paid directly by the debtor unless otherwise specified below. The trustee will pay the arrearage amount listed in the proof of claim at the interest rate specified below, unless otherwise ordered by the court. The creditors will retain liens. All following entries are estimates, except for interest rate.

| | Creditor | Description of property | Arrears amount (if any) | Interest rate on arrears (if any) | Beginning in MM/YY | Monthly payment | # of payments | Remaining arrears payments | + *amount paid to date by trustee (mod. plan only)* | Total trustee arrears payments |
|---|---|---|---|---|---|---|---|---|---|---|
| 5.1 | Fay Servicing LLC | Lot 7, Block 1, Sand Creek Woods 3rd Addition, Anoka County, Minnesota. 12012 Unity St Nw Coon Rapids, MN 55448-2264 | | | | | | | | |
| | | | Current installment payment | | Disbursed by: | | Remaining trustee installment payments | | + *amount paid to date by trustee (mod. plan only)* | Total trustee installment payments |
| | | | $2,079.00 | | ☑ Debtor<br>❑ Trustee | | $0.00 | | $0.00 | $0.00 |
| | | | | | | | | | TOTAL: | **$0.00** |

**Part 6. SECURED CLAIMS SUBJECT TO MODIFICATION ("CRAMDOWN") PURSUANT TO § 506 (§ 1325(a)(5)):** The trustee will pay the amount set forth in the "Total payments" column below on the following secured claims if a proof of claim is filed and allowed. Notwithstanding a creditor's proof of claim filed before or after confirmation, if the plan has been served upon each of the affected creditors identified below in the manner provided for by Fed. R. Bankr. P. 7004, the amount listed in the secured claim amount column binds the creditor pursuant to 11 U.S.C. § 1327 and confirmation of the plan is a determination of the creditor's allowed secured claim, unless otherwise ordered by the court. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with Fed. R. Bankr. P. 3012(c) controls over any contrary amount. Unless otherwise specified in Part 15, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i). Any allowed unsecured portion of the claim will be paid under Part 10, Part 11, or Part 12.

LOCAL FORM 3015-1
REVISED 09/2025

| | Creditor | Est. claim amount | Secured claim amount | Int. rate | Adq. Pro. (Check) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6.1 | Credit Acceptance | $20,122.00 | $7,500.00 | 10.00% | ☑ | | | | | $300.00 AP + $7,200.00 | $7,500.00 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | TOTAL: | **$7,500.00** |

**Part 7. SECURED CLAIMS EXCLUDED FROM § 506 AND NOT SUBJECT TO MODIFICATION ("CRAMDOWN") (§ 1325(a)) (910 vehicles and other things of value):** The trustee will pay the amount of the allowed secured claim listed in the proof of claim, unless otherwise ordered by the court, at the interest rate set forth below. Any allowed unsecured portion of the claim will be paid under Part 10, Part 11, or Part 12. **All following entries are estimates, except for interest rate.** Unless otherwise specified in Part 15, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i).

| | Creditor | Est. secured claim amount | Int. rate | Adq. Pro. (Check) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | | | |
| | | | | | | | | | TOTAL: | **$0.00** |

**Part 8. PRIORITY CLAIMS UNDER § 507(a)(2) THROUGH (a)(10):** The trustee will pay the amount of the allowed priority claim listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates.**

| | Creditor | Claim amount | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|
| 8.1 | Internal Revenue Service | $16,703.77 | | Pro-Rata | | $3,978.49 | $12,725.28 | $16,703.77 |
| 8.2 | Walker & Walker Law Offices, PLLC | $2,988.00 | | Pro-Rata | | $0.00 | $2,988.00 | $2,988.00 |
| 8.3 | Minnesota Department of Revenue | $692.45 | | Pro-Rata | | $164.93 | $527.52 | $692.45 |
| 8.4 | Walker & Walker Law Office | $1,500.00 | 07/26 | $270.00 | 5 | $1,350.00 | $0.00 | $1,500.00 |
| | | | 12/26 | $150.00 | 1 | $150.00 | | |
| | | | | | | | TOTAL: | **$21,884.22** |

**Part 9. DOMESTIC SUPPORT OBLIGATION CLAIMS UNDER § 507(a)(1):** The trustee will pay the amount of the allowed priority claim listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates.**

| | Creditor | Claim amount | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | |
| | | | | | | | TOTAL: | **$0.00** |

**Part 10. SEPARATE CLASSES OF UNSECURED CLAIMS:** In addition to the classes of unsecured claims specified in Part 11 and Part 12, there shall be separate classes of nonpriority unsecured claims including the following. The trustee will pay the nonpriority amount. listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates, except for interest rate.**

LOCAL FORM 3015-1
REVISED 09/2025

| | Creditor | Unsecured claim amount | Interest rate (if any) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | Amount paid to date by trustee (mod. plan only) | Total payments |
|---|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | | |
| | | | | | | | | TOTAL: | 00 |

**Part 11. TIMELY FILED UNSECURED CLAIMS:** The trustee will pay holders of allowed nonpriority unsecured claims for which proofs of claim were timely filed the remaining funds received by the trustee and not paid under Parts 3, 5, 6, 7, 8, 9, and 10 on a pro rata basis.
**All following entries are estimates.**

| | |
|---|---|
| Estimated nonpriority unsecured claims held by creditors listed in Parts 6, 7, and 14 | $12,622.00 |
| + Total estimated nonpriority and not separately classified unsecured claims (excludes Parts 6, 7, 10, and 14 unsecured claims) | $113,286.50 |
| = Total estimated nonpriority and not separately classified unsecured claims (excludes Part 10 claims) | $125,908.50 |
| Projected percentage payment to unsecured claims (excludes Part 10 claims) | ).24% |

| | |
|---|---|
| Estimated remaining payments | )6.58 |
| + amount paid to date by trustee (mod. plan only) | |
| = TOTAL estimated payments | )6.58 |

**Part 12. TARDILY-FILED UNSECURED CLAIMS:** All money paid by the debtor to the trustee under Part 2, but not distributed by the trustee under Parts 3, 5, 6, 7, 8, 9, 10, and 11, will be paid to holders of allowed nonpriority unsecured claims for which proofs of claim were tardily filed. Tardily-filed claims remain subject to objection pursuant to 11 U.S.C. § 502(b)(9).

**Part 13. SURRENDER OF COLLATERAL AND REQUEST FOR TERMINATION OF STAY:** The debtor has surrendered or will surrender the following property to the creditor. The debtor requests that the stays under 11 U.S.C §§ 362(a) and 1301(a) be terminated as to the surrendered collateral upon confirmation of the plan.

| | Creditor | Description of property *(including the complete legal description of real property)* |
|---|---|---|
| | 2013 BMW | Credit Acceptance |

**Part 14. LIEN AVOIDANCE:** The judicial liens or nonpossessory, nonpurchase money security interests securing the claims listed below impair exemptions to which the debtor would have been entitled under 11 U.S.C. § 522(b). If the plan has been properly served upon each of the affected creditors identified below in the manner provided for by Fed. R. Bankr. P. 7004, a judicial lien or security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of the order confirming the plan, unless otherwise ordered by the court. The amount of the judicial lien or security interest that is avoided will be treated as an unsecured claim in Part 11 or Part 12, to the extent allowed. The amount, if any, of the judicial lien or security interest that is not avoided will be paid in full as a secured claim under the Part 6 or Part 7. *See* 11 U.S.C. § 522(f) and Fed. R. Bankr. P. 3012(b) and 4003(d). *Insert additional tables for each lien.*

| Information regarding judicial lien or security interest | | Calculation of lien avoidance | | Extent of exemption impairment (check one) |
|---|---|---|---|---|
| Creditor: | | a. Amount of lien | | Line f is equal to or greater than line a. The entire lien is avoided. The amount of the unsecured claim is (line a): ______ |
| Collateral: | | b. Amount of all other liens | | Line f is less than line a. A portion of the lien is avoided. The amount of secured claim after avoidance (line a minus line f): ______ The amount of the unsecured claim is (line f): ______ |
| Lien identification (such as judgment date, date of lien recording, book and page number) | | c. Value of claimed exemptions | | |
| | | d. Total of adding lines a, b, and c | | |

LOCAL FORM 3015-1
REVISED 09/2025

| Information regarding judicial lien or security interest | | Calculation of lien avoidance | Extent of exemption impairment (check one) |
|---|---|---|---|
| e. Value of debtor's interest | | | |
| f. Subtract line e from line d. | | | |

**Part 15. NONSTANDARD PROVISIONS:** The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Any nonstandard provisions, as defined in Fed. R. Bankr. P. 3015(c), must be in this Part. Any nonstandard provision placed elsewhere in the plan is void.

| | |
|---|---|
| 15.1 | **1305 claims**<br>Pursuant to 11 U.S.C. Section 1305, a proof of claim may be filed by the IRS for taxes that become payable while the case is pending. The trustee shall only pay Section 1305 claims attributable to the taxable year in which the case concerning such debtor(s) was filed, and only to the extent funds are available. |
| 15.2 | **Bonus**<br>The debtor(s) shall provide the trustee with copies of any pay stubs that reflect a bonus. Debtor(s) shall turn over net bonuses to the trustee within ten (10) days of receipt. |
| 15.3 | **Post-Petition Consumer Debt**<br>Approval by the Bankruptcy Court or the Chapter 13 Trustee shall not be required prior to the debtor incurring a consumer debt while this case is pending, but the holder of the claim against the debtor based upon such debt is subject to § 1305. |
| 15.4 | **Tax Refunds**<br>The debtor(s) shall be entitled to the first $1200 for an individual chapter 13 debtor and $2,000 for married chapter 13 debtors of each year's tax refunds. The balance shall be paid to the trustee as an additional plan payment. Any Earned Income Credit and Minnesota Working Family Credits shall be retained by the debtor(s). The debtors shall keep these credits in addition to the $1,200 or $2,000. |
| 15.5 | **Surrender and Relief From Stay**<br>Upon the granting of relief from the automatic stay, the trustee shall cease payments on account of the secured portion of the applicable claim. For any claim arising from the granting of relief from the automatic stay, surrender, foreclosure, repossession, or return of any collateral to any creditor listed in Parts 5, 6, 7, 8, 9, 10, 16 or Non-standard provisions, for any reason, including plan modification, the trustee shall pay such claim as a general unsecured claim upon amendment of the applicable claim. Any alleged balance of any claim to such creditor shall be discharged upon the debtor(s) receiving a discharge in this case. |
| 15.6 | **Property taxes paid directly by debtor(s) outside of plan**<br>The debtor(s) or their mortgage servicer may pay property taxes directly to the county taxing authority when the property taxes become due. |
| 15.7 | **Credit Acceptance**<br>The debtors are modifying to surrender the 2013 BMW to Credit Acceptance. |

**SUMMARY OF TOTAL ESTIMATED PAYMENTS:**

| Class of payment | Total payments |
|---|---|
| Payments by trustee [Part 3] | $3,230.00 |
| Maintenance of payments and cure of default, if any [Part 5] | $0.00 |
| Secured claims subject to modification (cramdown) pursuant to § 506 [Part 6] | $7,500.00 |
| Secured claims excluded from § 506 [Part 7] | $0.00 |

| Class of payment | Total payments |
|---|---|
| Priority claims [Part 8] | $21,884.22 |
| Domestic support obligation claims [Part 9] | $0.00 |
| Separate classes of unsecured claims [Part 10] | $0.00 |
| Timely filed unsecured claims [Part 11] | $0.00 |
| TOTAL (must equal line 2.5) | $32,614.22 |

Certification regarding nonstandard provisions:
I certify that this plan contains no nonstandard provision except as placed in Part 15.

Signed: **s/ Andrew C. Walker**

Andrew C. Walker
Attorney for debtor
Bar Number: 0392525
Walker & Walker Law Offices, PLLC
4356 Nicollet Ave
Minneapolis, MN 55409
Phone: (612) 824-4357
Fax: (612) 824-8005
Email: andrew@bankruptcytruth.com

Signed: **s/ Gregory Lamar Watkins**
Gregory Lamar Watkins
Debtor 1

Signed: **s/ Linda Marie Watkins**
Linda Marie Watkins
Debtor 2 (if joint case)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

In re: Watkins , Gregory and Linda
Debtor(s)

Case No. 24-40063
Chapter 13 Case

MEMORANDUM OF FACTS AND LAW IN SUPPORT OF MOTION TO CONFIRM MODIFIED CHAPTER 13 PLAN

**FACTS**

The debtor(s) seek to modify the plan as Linda is now retired and receiving pension and social security. They are also surrendering the 2013 BMW to Credit Acceptance..

**LAW**

11 U.S.C § 1329 allows a debtor to modify a Chapter 13 plan after confirmation provided the new plan meets the requirements set forth elsewhere in the Bankruptcy code. This modified plan meets these requirements. Local Rule 3015-2(b) requires a plan to be modified by motion.

The Debtor(s) have served the motion on each entity listed on the matrix as required by the motion and has proposed a plan which meets the other requirements of the code. The Debtor(s) are entitled to confirmation of the modified plan.

**CONCLUSION**

The modified plan should be confirmed.

/s/ Andrew C. Walker
Andrew C. Walker #392525
Walker and Walker Law Offices, PLLC
Attorney for debtor(s)
4356 Nicollet Ave
Minneapolis, MN 55409
(612) 824-4357

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

In re: Watkins , Gregory and Linda
Debtor(s)

Case No. 24-40063
Chapter 13 Case

PROPOSED ORDER CONFIRMING CHAPTER 13 PLAN

It appears that the Debtor(s) filed a plan, that the plan conforms to Local Rule 3015-1(a) and Local Form 3015-1, that copies thereof were mailed to creditors, that a meeting of creditors was held, and that no objection to the confirmation of the plan as filed or as modified by an amended plan has been made, or if made, has been withdrawn or overruled by the Court.

IT IS THEREFORE ORDERED, that the plan as filed or as modified by an amended plan is confirmed.

Dated:

____________________________________
Katherine A. Constantine
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Watkins , Gregory and Linda
Debtor(s)

Case No. 24-40063

UNSWORN CERTIFICATE OF SERVICE

I, Jennifer Nelson , Declare under penalty of perjury that on 07/01/2026, I mailed copies of the foregoing Notice of Confirmation Hearing and Notice Of PostConfirmation Modified Plan by first class mail, postage prepaid, or by electronic mail using ECF to each entity named below at the address stated below for each entity.

United States Trustee
1015 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Gregory Burrell
100 South 5th St. No. 480
Minneapolis, MN 55402

And creditors on the attached list

Executed on: 07/01/2026

/e/ Jennifer Nelson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0864-4<br>Case 24-40063<br>District of Minnesota<br>Minneapolis<br>Wed Jul 1 13:44:52 CDT 2026 | Fay Servicing, LLC<br>4500 Park Glen Road<br>Suite 300<br>Saint Louis Park, MN 55416-4891 | Minneapolis<br>301 Diana E. Murphy U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |
| Bureaus Investment Group<br>650 Dundee Rd Ste 370<br>Northbrook, IL 60062-2757 | Capital One Bank (USA), N.A.<br>Attn: General Correspondence<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| (p)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 | Credit One Bank<br>6801 S. Cimarron Road<br>Las Vegas, NV 89113-2273 | Ed Financial<br>120 N Seven Oaks Dr<br>Knoxville, TN 37922-2359 |
| Fay Servicing LLC<br>P.O. Box 815548<br>Farmers Branch, TX 75381-5548 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jefferson Capital Systems<br>200 14th Ave E<br>Sartell, MN 56377-4500 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (p)FAIRVIEW HEALTH SERVICES<br>1700 UNIVERSITY AVE W<br>6TH FLOOR<br>SAINT PAUL MN 55104-3727 | Midland Credit Management<br>350 Camino De La Reina Ste 100<br>San Diego, CA 92108-3007 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Minnesota Department of Revenue<br>551 Bkcy Section<br>Po Box 64447<br>Saint Paul, MN 55164-0447 | Monroe & Main<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Park Nicollet<br>Attn Customer Service<br>3800 Park Nicollet Blvd<br>St Louis Park, MN 55416-2527 | U.S. Bank National Association, et al.<br>c/o: Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 | US Department of Education<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 |
| US Department of Education<br>PO Box 16448<br>Saint Paul, MN 55116-0448 | US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | United States Trustee<br>300 S 4th St Ste 1015<br>Minneapolis, MN 55415-3070 |
| Walker & Walker Law Offices, PLLC<br>4356 Nicollet Ave<br>Minneapolis, MN 55409-2033 | Wells Fargo<br>Attn: Bankruptcy Department<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 | Wells Fargo Bank, N.A., Wells Fargo Card Ser<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Andrew C. Walker<br>Walker & Walker Law Offices PLLC<br>4356 Nicollet Ave S<br>Minneapolis, MN 55409-2033 | Gregory A Burrell<br>100 South Fifth Street<br>Suite 480<br>Minneapolis, MN 55402-1250 | Gregory Lamar Watkins<br>12012 Unity St Nw<br>Coon Rapids, MN 55448-2264 |

Linda Marie Watkins
12012 Unity St Nw
Coon Rapids, MN 55448-2264

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Credit Acceptance
25505 West Twelve Mile Rd
Southfield, MI 48034

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

M Health Fairview
400 Stinson Blvd NE
Minneapolis, MN 55413-2613

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association, not in its

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 30 |
| Bypassed recipients | 1 |
| Total | 31 |